# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Booz Allen Hamilton, Inc. ) ASBCA Nos. 61149, 61150
)
Under Contract No. FA7014-07-A-0020 *et al.* )

APPEARANCES FOR THE APPELLANT:

Paul E. Pompeo, Esq.
Nicole B. Neuman, Esq.
  Arnold & Porter Kaye Scholer LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61149, 61150, Appeals of Booz Allen Hamilton, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals